UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEROME JERMAINE FOX,

    Plaintiff,

v.        Case No: 6:17-cv-192-Orl-40TBS

STATE OF FLORIDA and BREVARD
COUNTY,

    Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 6) filed on March 27, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 23, 2017 (Doc. 12), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Proceed In Forma Pauperis (Doc. 6) is **DENIED**.

3. The case is **DISMISSED with no further leave to amend**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 8, 2017.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties